[No. 16812–6–I.   Division One.   March 16, 1987.]

KILLARNEY INVESTMENTS, INC., ET AL, *Appellants,* v.
JOHN EDWARD NORDBY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 84–2–18468–0, George H. Revelle, J. Pro Tem.,
entered August 28, 1985. *Affirmed* by unpublished opinion
per Callow, J. Pro Tem., concurred in by Bibb and Patrick,
JJ. Pro Tem.

[No. 9467–3–II.   Division Two.   March 16, 1987.]

*In the Matter of* B. L. S.

Appeal from a judgment of the Superior Court for Pierce
County, No. 81850RO90, J. Kelley Arnold, J., entered Jan-
uary 6, 1986. *Affirmed* by unpublished opinion per Wors-
wick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 8940–8–II.   Division Two.   March 16, 1987.]

F. DAVID SMITH, ET AL, *Respondents,* v. THE CONTINENTAL
INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 84–2–00163–4, William E. Howard, J.,
entered July 8, 1985. *Reversed* by unpublished opinion per
Worswick, J., concurred in by Alexander, A.C.J., and Pet-
rich, J.